**Affirmed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00893-CR
NO. 14-14-00894-CR

**CHARLES  EDWARD  BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1412841, 1413580**

## M E M O R A N D U M   O P I N I O N

Appellant appeals two convictions for aggravated robbery with a deadly weapon. Appellant's appointed counsel filed a brief in each appeal which she concludes the appeal is wholly frivolous and without merit. Each brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim.

App. 1978).

Copies of counsel's briefs were delivered to appellant. Appellant filed a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991).

We have reviewed the records, counsel's briefs, and appellant's response carefully and agree each appeal is wholly frivolous and without merit. Further, we find no reversible error in either record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown

Do Not Publish — Tex. R. App. P. 47.2(b).